UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON BATCHELOR, | ) Case No. CV 12-3181 PSG (MRW) |
| Petitioner, | ) |
| vs. | ) JUDGMENT |
| DAVID B. LONG, Warden, | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: January 29, 2013

_____
HON. PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE