UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON BATCHELOR,<br><br>             Petitioner,<br>   vs.<br>DAVID B. LONG, Warden,<br>             Respondent. | Case No. CV 12-3181 PSG (MRW)<br><br>REVISED JUDGMENT<br><br>Fed. R. Civ. P. 60(b)(60 |

     Pursuant to the Mandate of the Ninth Circuit and this Court's Order Granting Relief from Judgment and Entering New Judgment,

     IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: 7/24/14

HON. PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE